REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10         SOUTHERN DIVISION - RONALD REAGAN FEDERAL BUILDING

| | |
|---|---|
| THOMAS HART, an individual, | Case No. SACV13-00391-JVS-JPR |
| Plaintiff, | **ORDER APPROVING AMENDED STIPULATED PROTECTIVE ORDER** |
| vs. | |
| ZIMMER, INC., a Corporation; and DOES 1 to 100, inclusive, | [Assigned To The Honorable James V. Selna (Ctrm. 10C) And, For Discovery Purposes Only, To The Honorable Jean P. Rosenbluth, Magistrate Judge (Ctrm. 6A)] |
| Defendants. | |

17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

Case No. SACV13-00391-JVS-JPR

US_ACTIVE-114497836.1

Having considered the Amended Stipulated Protective Order submitted by the parties on or about September 18, 2013, and good cause appearing,

**IT IS HEREBY ORDERED** that the Amended Stipulated Protective Order is approved and shall govern the production and disclosure of confidential documents and information in this action.

DATED:  September 20, 2013

Honorable Jean P. Rosenbluth,
United States Magistrate Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware